IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. Mag. S-98-0306 EFB |
| vs. | |
| TRENTON ANDREW VALVO, | |
| Defendant. / | ORDER |

On December 15, 1998, defendant plead guilty to two counts of a criminal information and was placed on limited supervised probation for a term of 12 months. On April 6, 2011, defendant filed a California Judicial Council form entitled "Petition for Dismissal." It appears that defendant seeks to expunge his federal criminal conviction but is attempting to use the California procedures under the California Penal Code, which have no application here. Although the United States Code provides for expungement in very limited circumstances, defendant is informed that expungement is not available for his federal criminal conviction. Defendant's sole recourse would be to apply to the Office of the Pardon Attorney for executive clemency or presidential pardon as authorized under Article II, Section 2, of the Constitution. Information may be found at www.usdoj.gov/pardon.

////

1

1     Accordingly, the petition is denied.

2     IT IS SO ORDERED.

3 DATED: May 16, 2011

4     EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE